UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Jason Abt, et al.,                )
                                  )
                                  )
        Plaintiffs                )
                                  )   Case No. 4:13-cv-02392 NAB
        vs.                       )
                                  )
Richard A. Kuiken,                )
                                  )
                                  )
        Defendant.                )

## ORDER

The above styled and numbered case was filed on November 25, 2013 and randomly assigned to the Honorable Nannette A. Baker , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.  The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh,Jr.,  United States District Judge, under cause number 1:13-cv-00175.  **IT IS FURTHER ORDERED** that cause number 4:13-cv-02392 NAB be administratively closed.

Dated this 27th day of November, 2013.        JAMES G. WOODWARD
                                              Clerk of Court

                                              By: /s/ Michele Crayton
                                                  Deputy In Charge

**Please note the new case number: 1:13-cv-00175 SNLJ.**